UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GREGORY D. JEFFREYS,

                Defendant.

No. CR-13-012-RMP-1

ORDER GRANTING STIPULATED MOTION TO MODIFY

Before the court is the "Stipulated Motion to Modify Order Setting Condition of Release." ECF No. 53. However, no conditions of release have been set for Defendant, as he has been detained. Instead, Defendant was ordered to have no contact with Co-Defendants or the over-100 witnesses, unless there was further order of the court.

The United States and Defendant have conferred, agreed, and stipulated Defendant can contact a number of family members and others; provided, however, Defendant does not contact other alleged victims or witnesses through the below-listed individuals. In addition, the contact with the below-listed individuals shall not be case-related.

The agreed Motion, **ECF No. 53,** is **GRANTED**. Defendant may have contact with the following individuals; provided that the contact is non-case related and does not involve contacting other alleged victims or witnesses:

Spouse Kimberly Jeffreys;

No. 42, R. B.

No. 65, S. G.

No. 73, son J. Jeffreys,

No. 93, D. S.

ORDER - 1

No. 95, J. S.

(the names are more fully identified in the Stipulation.)

**IT IS SO ORDERED.**

DATED February 7, 2013.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE