UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                   Plaintiff, )<br>                              )<br> v.                           )<br>                              )<br> GREGORY D. JEFFREYS,          )<br>                              )<br>                   Defendant. )<br>                              ) | No. CR-13-011-RMP<br>NO. CR-13-012-RMP-1<br><br>ORDER DENYING DEFENDANT'S<br>MOTIONS FOR RECONSIDERATION<br>OF DETENTION<br><br>☑   **MOTIONS DENIED**<br>**ECF 28 (CR-13-11-RMP)**<br>**ECF 75 & 80 (CR-13-012-RMP)** |

Date of bail review hearing: **March 1, 2013**

   Before the court is defendant's Motion to Re-Open and Amend the Detention Issue.  The undersigned has considered the filings, oral proffers and arguments of the parties.

   Defendant argues that since the Spokane County Jail erroneously released him on February 1st and he voluntarily surrendered, that this is an indication there are a combination of conditions to reasonably assure his appearance at court dates.  Under the preponderance standard, a substantial corporate surety bond and electronic monitoring would reasonably assure his appearance.

   However, as to the issues of supervisability and risk to the community, insufficient information has been presented to reasonably assure that defendant would not be a risk to the community.  The undersigned concludes that the earlier detention order should not be disturbed.  There have been unsettling allegations of threats related to the case agent and others.

Accordingly, the Motion is denied.

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION - 1

In addition, defendant shall not have contact, directly or indirectly, with K.G.

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 75) is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED: March, 2013

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION  2