UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-012-RMP-1 |
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND GRANTING, IN PART, MOTION FOR RECONSIDERATION |
| vs. | |
| GREGORY D. JEFFREYS, | |
| Defendant. | |

The United States has moved for reconsideration of the court's order directing transcription of phone calls, ECF. 140, by June 9, 2013. In addition, movant seeks expedited consideration. Defendant Jeffreys has not responded and Defendant Stiltner represented at an unrelated hearing that she takes no position.

Consistent with the order addressing this matter as to Defendant Stiltner, expedited consideration is appropriate, and the Motion to Expedite, **ECF No. 148,** is **GRANTED.** The Motion for Reconsideration, **ECF No. 140,** is **GRANTED IN PART**; the telephone call recordings shall be transcribed, redacted as to personal identifiers, and filed **within 45 days of the date of this Order.**

**IT IS SO ORDERED.**

DATED June 4, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1